# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PATRICK M. MURPHY,<br>            Plaintiff, | )<br>)<br>) |
| v. | )<br>)   Docket No. 1:22-cv-00115-NT |
| DAVID J. BOBROW, et al., | )<br>) |
|             Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 23, 2022, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 4) recommending dismissal of the Plaintiff's Complaint (ECF No. 1). The Plaintiff filed an objection to the Recommended Decision on June 6, 2022 (ECF No. 5). I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED**, the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, and the Plaintiff's Complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 13th day of June, 2022.